# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0268

_____

JAMES WILLIAMS,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 11, 2024

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Williams, pro se, Appellant.

Rana Wallace, General Counsel, and Alex A. Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.